IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |
|---|---|
| NAUREEN BROOKS,<br>  Plaintiff,<br><br>   v.<br><br>PRESTIGE FINANCIAL SERVICES, INC.,<br>*et al*,<br>  Defendants. | *<br>*<br>*<br>*<br>*<br>*  Civil Action No. 11-cv-02370-AW<br>*<br>*<br>*<br>* |

**ORDER**

Presently pending in this case is Defendant Prestige Financial Services, Inc. ("Prestige")'s Motion to Stay Proceedings and Compel Arbitration. Doc. No. 21. The Court has reviewed the record, as well as the pleadings and exhibits, and finds that no hearing is necessary. *See* Local Rule 105.6 (D. Md. 2010). For the reasons described in the accompanying Memorandum Opinion, it is, this 8th day of December, 2011, ordered that:

1) Defendant's Motion to Stay Proceedings and to Compel Arbitration, Doc. No. 21, is granted;

2) The Clerk of the Court administratively **CLOSE** this case; and

3) The Clerk transmit a copy of this Order to all parties of record.

/s/
Alexander Williams, Jr.
UNITED STATES DISTRICT JUDGE